IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00138 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTIONS** |
| DAVID JOHN CALDER and JAMIE NORMAN GREIMAN, | |
| Defendants. / | |

Unless one of the parties objects by noon, Monday, February 6, 2006, the motions at docket numbers 56, 58, 60 and 64 will be marked on the docket as denied. Such a ruling appears to have been made on the record July 12, 2005, but the status of the motions has not yet been updated on the docket.

**IT IS SO ORDERED.**

Dated: January 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE