JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone    415/394-3800
Fax          415/394-3806

Attorney for Defendant
JAMIE GREIMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE GREIMAN,<br><br>Defendant.<br>_____/ | CR 04-0138 WHA<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING REVOCATION OF SUPERVISED RELEASE HEARING |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant's revocation of supervised release hearing be continued from February 26, 2013 to March 19, 2013, at 2:00 p.m. The reason for the requested continuance is due to the unavailability of defense counsel. Defense counsel has to attend the funeral of a close personal friend. United States Probation Officer Darnell Hammock advised he has no objection to this requested continuance.

/S/JAMES BUSTAMANTE  
JAMES BUSTAMANTE  
Attorney for JAMIE GREIMAN  
Dated: February 25, 2013

/S/BENJAMIN P. TOLKOFF  
BENJAMIN P. TOLKOFF  
Assistant U.S. Attorney  
Dated: February 25, 2013

**IT IS SO ORDERED.**

Dated: February 25, 2013.

_____  
WILLIAM    ALSUP  
U.S. District Court Judge